PROB 12B
(7/93)

Report Date: November 15, 2012

## United States District Court

### for the

### Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 21 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Mark C. Pinyerd          Case Number: 2:12CR00038-001

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: 7/10/2012          Type of Supervision: Supervised Release

Original Offense: Social Security Fraud, 42 U.S.C. § 408(a)(3)(B)          Date Supervision Commenced: 7/10/2012

Original Sentence: Prison - 1 Days; TSR - 36 Months          Date Supervision Expires: 7/9/2015

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    Subsistence at the residential reentry center (RRC) shall be waived by the Bureau of Prisons (BOP), while the offender is residing at their facility.

### CAUSE

While in the Spokane RRC, the offender has completed a budget and submitted all financial documentation as required. After review of his financial information, the Spokane RRC has determined the offender may be waived from mandatory subsistence payments with the Court's approval. The offender remains employed and is attempting to secure secondary employment in an effort to generate more income; however, he has been unsuccessful to date.

Prob 12B
Re: Pinyerd, Mark C.
November 15, 2012
Page 2

As indicated by the enclosed Waiver of Hearing to Modify Conditions of Probation form, the offender has agreed to the proposed modification.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 15, 2012

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*(signature)*
Signature of Judicial Officer

November 21, 2012
Date